CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Cristian Guadalupe Perez-Perez**<br>YOB: 2001; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-10702MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about October 10, 2024, at or near Sasabe, in the District of Arizona, **Cristian Guadalupe Perez-Perez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on September 23, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about October 7, 2024, at or near Sasabe, in District of Arizona, **Cristian Guadalupe Perez-Perez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Cristian Guadalupe Perez-Perez** is a citizen of Mexico. On September 23, 2024, **Cristian Guadalupe Perez-Perez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On October 10, 2024, agents found **Cristian Guadalupe Perez-Perez** in the United States at or near Sasabe, Arizona without the proper immigration documents. **Cristian Guadalupe Perez-Perez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Cristian Guadalupe Perez-Perez** admitted to illegally entering the United States of America from Mexico on or about October 7, 2024, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Eric R. Wood<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 11, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins